UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KHARL ABELLARD, MASSIMO MASCOLI, ETHAN BECK, and BRIAN ARRIAGA, Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CELLULAR SALES OF KNOXVILLE, INC., CELLULAR SALES OF NEW YORK, LLC, and DANE SCISM,<br><br>Defendants. | **FILED**<br>**CLERK**<br>11/6/2015 3:13 pm<br>**U.S. DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK**<br>**LONG ISLAND OFFICE**<br><br>Case No. 2:15-cv-01902-JMA-GRB |

## [PROPOSED] ORDER APPROVING FLSA COLLECTIVE ACTION SETTLEMENT

The Court finds that the terms of settlement agreement entered into by Plaintiffs, individually, and on behalf of all others similarly situated, with Defendants in the above-captioned action is fair and reasonable, including Plaintiffs' attorneys' fees and costs. Accordingly, this Court hereby approves this settlement and dismisses the Complaint with prejudice. This Court shall retain jurisdiction to enforce the parties' Settlement Agreement and Release, if necessary. The Clerk is directed to close this case.

SO ORDERED this 6th day of Nov., 2015

_s/ JMA_
Hon. Joan M. Azrack